# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 1:21-MJ-201 |
| ASHLEY NICHOLE KOLHOFF ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **September - October 2020** in the city/county of **Fauquier** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251(a) and 2251(e) | Production of child pornography. |

This criminal complaint is based on these facts:

SEE AFFIDAVIT

☑ Continued on the attached sheet.
Reviewed by AUSA/SAUSA

Whitney Kramer and Seth Schlessinger
*Printed name and title*

BRANDON M SMOCK
Digitally signed by BRANDON M SMOCK
Date: 2021.06.08 19:52:20 -04'00'
*Complainant's signature*

Brandon Smock, DHS HSI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by **telephone** *(specify reliable electronic means)*.

Date: 6/9/2021

John F. Anderson
Digitally signed by John F. Anderson
Date: 2021.06.09 10:54:09 -04'00'
*Judge's signature*

City and state: Alexandria, VA

Hon. John F. Anderson, U.S. Magistrate Judge
*Printed name and title*