IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 1:21-CR-158 |
| | ) | |
| ASHLEY NICHOLE KOLHOFF | ) | Honorable Leonie M. Brinkema |
| | ) | |
| | ) | Trial Date: November 15, 2021 |
| | ) | |
| | ) | |
| | ) | |

## GOVERNMENT'S EXHIBIT LIST

The United States of America, by and through undersigned counsel, hereby submits its list of trial exhibits.

| Exhibit No. | Description | Off'd | Adm'd | Notes |
|---|---|---|---|---|
| 101 | Website Administrator SW Photo - 7924 | | | |
| 102 | Website Administrator SW Photo - 7940 | | | |
| 201 | Website Main Home Page | | | |
| 201a | Website Administrator Profile | | | |
| 202 | Website Example 1 | | | |
| 203 | Website Example 2 | | | |
| 204 | Website Example 3 | | | |
| 205 | Kolhoff User Profile | | | |
| 206 | Kolhoff Postings Overview | | | |
| 207 | Kolhoff Admin Panel Data | | | |

| Exhibit No. | Description | Off'd | Adm'd | Notes |
|---|---|---|---|---|
| 208 | Confirmation Thread with N*** (obscene) | | | |
| 208a | Confirmation Photo 1 | | | |
| 208b | Exif Data | | | |
| 208c | Google Maps GPS Coordinates | | | |
| 208d | Kolhoff selfie | | | |
| 208e | Minor Victim 1 | | | |
| 208f | CSAM Minor Victim 1 (obscene) | | | |
| 208g | Minor Victim 1 – F519 | | | |
| 208h | Minor Victim 1 – A9EB (obscene) | | | |
| 208i | Minor Victim 1 – CB6F (obscene) | | | |
| 208j | Minor Victim 1 – A6D94 (obscene) | | | |
| 208k | Minor Victim 1 – 43A5 (obscene) | | | |
| 208l | Minor Victim 1 – EB83 (obscene) | | | |
| 209 | "Who wants me and *******?" Thread | | | |
| 210 | "******* is beautiful" Thread | | | |
| 211 | "******* pics" Conversation (obscene) | | | |
| 211a | Minor Victim 1 – B923 (obscene) | | | |
| 211b | Minor Victim 1 – 8EDA | | | |
| 211c | Minor Victim 1 – 79DE (obscene) | | | |
| 211d | Minor Victim 1 – 955E (obscene) | | | |

| Exhibit No. | Description | Off'd | Adm'd | Notes |
|---|---|---|---|---|
| 211e | Minor Victim 1 – 173F (obscene) | | | |
| 212 | Conversation with "j*****" (obscene) | | | |
| 213 | Conversation with "S**************" (obscene) | | | |
| 214 | Conversation with "W***" (obscene) | | | |
| 215 | Conversation with "th**************" | | | |
| 216 | Conversation with "D******" (obscene) | | | |
| 217 | Conversation with "Ja***********" (obscene) | | | |
| 218 | Conversation with "Y*****" (obscene) | | | |
| 219 | Conversation with "S****" (obscene) | | | |
| 220 | Conversation with "V****" (obscene) | | | |
| 221 | Off-topic Thread "Why are you here?" | | | |
| 222 | Rapey misogyny Thread "Looking for pedo***" | | | |
| 223 | Thread with "D*********" (obscene) | | | |
| 301 | Subscriber information | | | |
| 401 | Search Warrant Photo 1 | | | |
| 402 | Search Warrant Photo 2 | | | |
| 403 | Search Warrant Photo 3 | | | |
| 404 | Search Warrant Photo 4 | | | |
| 405 | Search Warrant Photo 5 | | | |

| Exhibit No. | Description | Off'd | Adm'd | Notes |
|---|---|---|---|---|
| 406 | Kolhoff Hand Photo | | | |
| 407 | Search Warrant Backyard Photo | | | |
| 408 | Search Warrant Room Photo | | | |
| 409 | Kolhoff Interview Transcript | | | |
| 501 | Minor Victim 1 Birth Certificate | | | |
| 601 | Kolhoff iPhone | | | |
| 602 | Kolhoff iPhone Photo 1 | | | |
| 603 | Kolhoff iPhone Photo 2 | | | |
| 604 | Kolhoff iPhone Photo 3 | | | |
| 605 | Kolhoff iPhone Device Information | | | |
| 606 | Kolhoff Resume | | | |
| 607 | Kolhoff Mirror Selfie (obscene) | | | |
| 608 | iPhone Backyard Photo | | | |
| 609 | Kolhoff and Minor Victim 1 – Photo 1 | | | |
| 610 | Kolhoff and Minor Victim 1 – Photo 2 | | | |
| 611 | Minor Victim 1 Photo from Website | | | |
| 612 | Apple Keychain Website Information Password | | | |
| 613 | Apple Keychain Website Information Duplicate Password | | | |
| 614 | Apple Keychain Website Information Duplicate Password 2 | | | |

| Exhibit No. | Description | Off'd | Adm'd | Notes |
|---|---|---|---|---|
| 615 | Apple Keychain Website Information Password | | | |
| 616 | Apple Keychain Website Information Password 2 | | | |

The government further respectfully requests leave of the Court to file additional exhibits if necessary.

                                    Respectfully submitted,

                                    Jessica D. Aber
                                    United States Attorney

By:        /s/
                                    Whitney Kramer
                                    Special Assistant United States Attorney (LT)
                                    Seth Schlessinger
                                    Assistant United States Attorney
                                    Eastern District of Virginia
                                    Counsel for the United States of America
                                    United States Attorney's Office
                                    2100 Jamieson Avenue
                                    Alexandria, VA 22314
                                    Tel.: (703) 299-3700
                                    Fax: (703) 299-3981

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF, which will then send a notification of such filing (NEF) to counsel of record.

By: _____/s/_____
Whitney Kramer
Special Assistant United States Attorney (LT)