IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:21-CR-158 |
| v. | Honorable Leonie M. Brinkema |
| ASHLEY NICHOLE KOLHOFF, | Trial: November 15, 2021 |
| *Defendant.* | |

## GOVERNMENT'S WITNESS LIST

The United States may call the following witnesses at trial:

1. HSI Special Agent (Retired) Kristina M. Eyler

2. HSI Computer Forensic Analyst Leland Pickering

3. DOJ Child Exploitation & Obscenity Section (CEOS) High Technology Investigative Unit (HTIU) Director James M. Fottrell

4. HSI Special Agent Brandon Smock

5. HSI Computer Forensic Analyst/Special Agent Michael A. Del Vacchio

# CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically generated a Notice of Electronic Filing to the parties of record.

By:     /s/
Whitney Kramer
Special Assistant United States Attorney (LT)
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: 703-299-3700
Fax: 703-299-3981
Email: Whitney.Kramer2@usdoj.gov